UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 94-621-CR-SEITZ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

RAUL FRAJALES-LEMOS,

        Defendant.
_____/

## ORDER AFFIRMING R&R AND DENYING MOTION TO DISMISS INDICTMENT

THIS MATTER is before the Court on the Report and Recommendation of the Honorable Barry Garber recommending that the Court deny Defendant Raul Grajales-Lemos' Motion to Dismiss Indictment for Unreasonable and Unnecessary Delay [DE- 82]. Specifically, the Magistrate Judge recommends that the Court deny without prejudice that portion of the Defendant's motion that challenges the sufficiency of the Government's evidence against him, and deny with prejudice that portion of the motion that raises speedy trial claims. No party has filed any objections to the Report and Recommendation.

Having conducted a *de novo* review of the motion, the Government's response [DE 87], the Defendant's reply [DE 93], the Defendant's Factual Supplement [DE 94], the Government's response thereto [DE 97], the transcript of the March 8, 2012 hearing, and the exhibit presented at the hearing [DE 109], as well as the record in this case, the Court finds that the Magistrate Judge's factual findings are not clearly erroneous and he has correctly applied the law to those facts. Thus, the Court

will affirm and adopt Magistrate Judge Garber's thorough Report and Recommendation. Therefore, it is

ORDERED that Defendant Raul Grajales-Lemos's Motion to Dismiss the Indictment for Unreasonable and Unnecessary Delay [DE - 82] is DENIED with prejudice as to the speed trial claims, and DENIED without prejudice as to the portion of the motion that challenges the sufficiency of the evidence against this Defendant.

DONE and ORDERED in Miami, Florida this 23rd day of April, 2012.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record